UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-118-LRS |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION AND MODIFYING RELEASE CONDITIONS TO REMOVE DEFENDANT FROM HOME CONFINEMENT |
| v. | |
| JACE LAWRENCE JENSEN, | |
| Defendant. | |

As agreed upon by the parties, **IT IS ORDERED:**

The Defendant's unopposed Motion to Modify Release Conditions **(Ct. Rec. 36)** is **GRANTED**. The Defendant shall be removed from home confinement, and placed on a curfew of 10:00 p.m. to 7:00 a.m., unless for employment purposes.

All other conditions of release entered on November 20, 2009 shall remain in full effect.

DATED February 2, 2010.

                          S/ CYNTHIA IMBROGNO
                      UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION AND MODIFYING RELEASE
CONDITIONS TO REMOVE DEFENDANT FROM HOME CONFINEMENT - 1