UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-09-118-LRS |
| Plaintiff, | |
| v. | ORDER TEMPORARILY MODIFYING RELEASE CONDITIONS |
| JACE LAWRENCE JENSEN, | |
| Defendant. | |

The Defendant's Unopposed Motion to Temporarily Modify Release Conditions is hereby **GRANTED**.

Defendant shall be allowed to travel to the Western District of Washington from January 7 - January 9, 2011, to attend a wedding. All other conditions of release previously entered shall remain in full effect.

DATED January 5, 2011.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER - 1